NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC. AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

2013-1180

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

**ON MOTION**

**O R D E R**

Raymond E. Stauffer moves the court to accept his reply brief for filing. He separately moves for oral argument.

2                              STAUFFER v. BROOKS BROTHERS, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to accept the reply brief for filing is granted.

(2)  The motion for oral argument is deferred for consideration by the merits panel assigned to hear the case.

(3)  A copy of the papers relating to the motion for oral argument and this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26